# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JORGE LOZANO and FERNANDO MONTOYA | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 1:17-cv-5810 ) |
| FAMILY FENCES, LTD. and TOMAS ESTRADA, individually | ) Hon. Gary Feinerman ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendants, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that, effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to Defendants, without prejudice, each party to bear its own costs and fees. Plaintiff is granted leave to move to reinstate on or before December 17, 2018 in the event Defendants have not materially complied with the payment terms of the Settlement Agreement in this matter. The parties agree that reinstatement, if any, shall be for the sole purpose of collecting payments due under the Settlement Agreement not timely made. If Plaintiffs have not moved to reinstate by December 17, 2018, dismissal will automatically convert to be with prejudice.

Dated: 1/29/2018

| | |
|---|---|
| s/Carlos G. Becerra | s/David A. Kaufman |
| Carlos G. Becerra | David A. Kaufman |
| Becerra Law Group, LLC | David A. Kaufman and Assoc. |
| 11 E. Adams St., Suite 1401 | 555 Skokie Blvd., Suite 500 |
| Chicago, IL 60603 | Northbrook, IL 600062-2845 |
| Phone: (312)957-9005 | Phone: (847) 480-1020 |
| Email: cbecerra@law-rb.com | Email: klfm@rcn.com |
| Attorney for Plaintiffs | Attorney for Defendants |